NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AUDREY D. MCCADNEY,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

_____

2024-1146

_____

Petition for review of the Merit Systems Protection Board in No. SF-0845-16-0346-I-1.

_____

## O R D E R

Upon consideration of  Audrey D. McCadney's letter withdrawing her appeal, ECF No. 4, and no objection being filed,

 IT IS ORDERED THAT:

(1) The petition for review is withdrawn.

2                                                             McCadney v. OPM

(2)  Each side shall bear their own costs.

FOR THE COURT

February 7, 2024                        Jarrett B. Perlow
Date                                    Clerk of Court

**ISSUED AS A MANDATE:** February 7, 2024